DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
ANDREW L. PERITO (SBN 269995)
aperito@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant
ZSCALER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>                Plaintiff,<br><br>   v.<br><br>ZSCALER, INC.,<br><br>                Defendant. | Case No. 3:17-cv-06946-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE**<br><br>Ctrm: 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

Pursuant to Civil L.R. 7-12, Defendant Zscaler, Inc. ("Zscaler") and Plaintiff Finjan, Inc. ("Finjan") (collectively, the "Parties") respectfully submit the following Stipulation and [Proposed] Order Regarding the Case Management Conference ("CMC").

Zscaler requests and Finjan does not oppose that the date of the CMC be changed to April 18, 2018 at 2:00 p.m. This stipulated request is supported by the Declaration of Sonal N. Mehta in Support of Stipulation and [Proposed] Order Regarding Case Management Conference ("Mehta Decl."). In support of the stipulated request, Zscaler states as follows:

1. The Court set the CMC hearing in this matter for March 14, 2018. *See* Dkt. 15.

2. The Court *sua sponte* continued the CMC hearing in this matter for April 4, 2018 at 2:00 p.m. *Id.*

3. The Parties request that the CMC in this matter be set for April 18, 2018 at 2:00 p.m. Mehta Decl. ¶ 3.

4. The request is made for good cause and not for purposes of delay. Lead counsel for Zscaler, Sonal N. Mehta, intends to attend the Case Management Conference but has a dispositive motions hearing scheduled for April 4, 2018 in Los Angeles on another matter. Mehta Decl. ¶ 4.

5. There has been only one prior request for extension in this case—a stipulated request for a 31-day extension of time for Zscaler's response to the complaint, from January 12, 2018 to February 18, 2018. Mehta Decl. ¶ 5.

6. The requested 2-week continuance is not expected to affect any other currently scheduled deadlines in the case, except the deadlines for the Rule 26(f) conference and the filing of the Case Management Conference Statement, which would be continued accordingly by 2 weeks. Mehta Decl. ¶ 6.

For the foregoing reasons, the parties respectfully request that the Court enter an order that the CMC in the above-captioned cases be set for April 18, 2018 at 2:00 p.m.

| | | |
|---|---|---|
| Dated: March 14, 2018 | | DURIE TANGRI LLP |
| | By: | */s/ Sonal N. Mehta* |
| | | SONAL N. MEHTA |
| | | Attorney for Defendant |
| | | ZSCALER, INC. |
| Dated: March 14, 2018 | | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| | By: | */s/ James Hannah* |
| | | JAMES HANNAH |
| | | Attorney for Plaintiff |
| | | FINJAN, INC. |

**FILER'S ATTESTATION**

Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Sonal N. Mehta, attest that concurrence in the filing of this document has been obtained.

Dated: March 14, 2018

*/s/ Sonal N. Mehta*
SONAL N. MEHTA

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 15, 2018

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE