| | |
|---|---|
| PAUL ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (State Bar No. 284065)<br>amanes@kramerlevin.com<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. | Sonal N. Mehta (State Bar No. 222086)<br>smehta@durietangri.com<br>Joseph C. Gratz (State Bar No. 240676)<br>jgratz@durietangri.com<br>Andrew L. Perito (State Bar No. 269995)<br>aperito@durietangri.com<br>Joshua D. Furman (State Bar No. 312641)<br>jfurman@durietangri.com<br>**DURIE TANGRI LLP**<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300<br><br>*Attorneys for Defendant*<br>ZSCALER, INC. |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCSICO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ZSCALER, INC., a Delaware Corporation,<br><br>　　　　Defendant. | Case No.: 3:17-cv-6946-JST<br><br>**STIPULATION SETTING THE DEADLINE FOR EXCHANGE OF EXPERT DECLARATIONS IN SUPPORT OF THE PARTIES' CLAIM CONSTRUCTIONS** |

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Zscaler, Inc. ("Zscaler") (collectively, the "Parties") submit this Stipulation Setting the Deadline For Exchange of Expert Declarations in Support of the Parties' Claim Constructions ("Stipulation").

WHEREAS, under Patent Local Rule 4-3, the Parties' Joint Claim Construction and Prehearing Statement is due this Friday, August 31, 2018;

WHEREAS, the Parties are on schedule to file the Joint Claim Construction and Prehearing Statement on August 31, 2018, and are currently meeting and conferring on their proposed constructions and the ten terms the Court should construe, or "whose construction will be most significant to the resolution" of the case;

WHEREAS, the Parties agree that preparing complete expert declarations now on more terms than the Court will likely construe would be inefficient and a waste of resources;

WHEREAS, in the interests of efficiency and economy, and to avoid any ambiguity, the Parties agree that they should identify the general substance of any expert testimony on which they intend to rely under Patent Local Rule 4-3, as part of the Joint Claim Construction and Prehearing Statement, but that they should not exchange and file complete expert declarations in support of their claim construction positions until two weeks later on September 14, 2018;

WHEREAS, the parties have agreed to forego expert depositions on claim construction;

WHEREAS, this stipulation will not change or alter the date of any event or any deadline already established by Court order; and

WHEREAS, the schedule in this case has been modified with respect to two events. On January 12, 2018 the parties stipulated to extend the time for Zscaler to respond to the Complaint until February 12, 2018, which was effective under Civil Local Rule 6-1(a) at Dkt. 14. The settlement conference date was also rescheduled from July 13, 2018 to September 11, 2018 at Dkt. 54, and again to September 19, 2018 at Dkt. 67. Recently, the Parties agreed to Magistrate Judge Beeler's request to reschedule the settlement conference from September 19, 2018 to September 28, 2018, but the Court has yet to enter an order memorializing that agreement.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and counsel for Zscaler that the deadline for the Parties to exchange and file expert declarations in support of their claim construction positions shall be September 14, 2018.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 28, 2018   By: /s/ Austin Manes
Paul Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
amanes@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.

Respectfully submitted,

DATED: August 28, 2018   By: /s/ Sonal N. Mehta
Sonal N. Mehta (State Bar No. 222086)
Joseph C. Gratz (State Bar No. 240676)
Andrew L. Perito (State Bar No. 269995)
Joshua D. Furman (State Bar No. 312641)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
smehta@durietangri.com
jgratz@durietangri.com
aperito@durietangri.com
jfurman@durietangri.com

*Attorneys for Defendant*
ZSCALER, INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                             */s/ Austin Manes*
                                             Austin Manes

**IT IS SO ORDERED.**

DATED:  August 29, 2018 

_____
Honorable Judge Jon S. Tigar