PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
**KRAMER LEVIN NAFTALIS & FRANKEL LLP**
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

Sonal N. Mehta (State Bar No. 222086)
smehta@durietangri.com
Joseph C. Gratz (State Bar No. 240676)
jgratz@durietangri.com
Andrew L. Perito (State Bar No. 269995)
aperito@durietangri.com
Joshua D. Furman (State Bar No. 312641)
jfurman@durietangri.com
**DURIE TANGRI LLP**
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

*Attorneys for Defendant*
ZSCALER, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCSICO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZSCALER, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-6946-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLAIM CONSTRUCTION DEADLINES IN LIGHT OF THE COURT'S ORDER REGARDING INFRINGEMENT CONTENTIONS (DKT. 72)** |

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Zscaler, Inc. ("Zscaler") (collectively, the "Parties") submit this Stipulation Extending Claim Construction Deadlines in Light of the Court's Order Regarding Infringement Contentions at Dkt. 72 ("Stipulation").

WHEREAS, under Patent Local Rule 4-3, the Parties' Joint Claim Construction and Prehearing Statement is due today, Friday, August 31, 2018;

WHEREAS, pursuant to the Court's Scheduling Orders at Dkt. Nos. 53 and 69, the Court set the following deadlines regarding claim construction:

| Event | Current Deadline |
| --- | --- |
| Joint Claim Construction and Prehearing Statement | August 31, 2018 |
| Deadline to Exchange Expert Declarations In Support of Claim Construction | September 14, 2018 (*see* Dkt. 69) |
| Claim construction discovery cut-off | October 1, 2018 |
| Claim construction opening brief | October 16, 2018 |
| Claim construction responsive brief | November 6, 2018 |
| Claim construction reply brief | November 16, 2018 |
| Tutorial | November 27, 2018 at 1:30 p.m. |
| Claim construction hearing | December 11, 2018 at 1:30 p.m. |

WHEREAS, this morning the Court issued an Order Granting Zscaler's Motion to Compel more specific infringement contentions within 45 days (Dkt. 72), and also granted Zscaler leave to amend its invalidity contentions and claim construction positions 30 days after Finjan amends its infringement contentions;

WHEREAS, the Parties agree that filing the Joint Claim Construction and Prehearing Statement today, as well as filing various briefs and expert declarations, and preparing for hearings, according to the existing schedule set forth above, will not be an efficient use of the Court's or the parties' time and resources, since Zscaler may amend its claim construction positions in mid-November pursuant to Dkt. 72;

1

STIPULATION AND [PROPOSED] ORDER EXTENDING
CLAIM CONSTRUCTION DEADLINES

Case No.: 3:17-cv-6946-JST

WHEREAS, in order to conserve judicial and party resources, and comply with the Court's Order at Dkt. 72, the parties agree to adjust the claim construction schedule in this case as follows:

| Event | Current Deadline | Adjusted [Proposed] Deadline |
|---|---|---|
| Deadline for Finjan to Amend its Infringement Contentions | October 15, 2018 (Dkt. No. 72) | No change |
| Deadline for Zscaler to Amend its Invalidity Contentions | November 14, 2018 (Dkt. No. 72) | No change |
| Joint Claim Construction and Prehearing Statement | August 31, 2018 | December 14, 2018 |
| Deadline to Exchange Expert Declarations In Support of Claim Construction | September 14, 2018 | December 21, 2018 |
| Claim construction discovery cut-off | October 1, 2018 | January 11, 2019 |
| Claim construction opening brief | October 16, 2018 | January 22, 2019 |
| Claim construction responsive brief | November 6, 2018 | February 12, 2019 |
| Claim construction reply brief | November 16, 2018 | ~~February 23~~ February 22, 2019 |
| Tutorial | November 27, 2018, 1:30 p.m. | *Subject to the Court's calendar* March 12, 2019 at 1:30 p.m. |
| Claim construction hearing | December 11, 2018, 1:30 p.m. | *Subject to the Court's calendar* March 25, 2019 at 1:30 p.m. |

WHEREAS, this stipulation will not change or alter the date of any event or any deadline already established by Court order; and

WHEREAS, the schedule in this case has been modified with respect to three events. On January 12, 2018 the parties stipulated to extend the time for Zscaler to respond to the Complaint until February 12, 2018, which was effective under Civil Local Rule 6-1(a) at Dkt. 14. The settlement conference date was also rescheduled from July 13, 2018 to September 11, 2018 at Dkt. 54, again to September 19, 2018 at Dkt. 67, and again to September 28, 2018 at Dkt. 70. The Court also granted the parties' stipulation to set the deadline for expert declarations in support of claim construction positions at Dkt. 69, which the parties agree to further adjust as set forth above.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and counsel for Zscaler that the deadlines for claim construction are adjusted as set forth above.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: August 31, 2018      By: */s/ Austin Manes*
Paul Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
amanes@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.

Respectfully submitted,

DATED: August 31, 2018      By: */s/Sonal N. Mehta*
Sonal N. Mehta (State Bar No. 222086)
Joseph C. Gratz (State Bar No. 240676)
Andrew L. Perito (State Bar No. 269995)
Joshua D. Furman (State Bar No. 312641)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile:  (415) 236-6300
smehta@durietangri.com
jgratz@durietangri.com
aperito@durietangri.com
jfurman@durietangri.com

*Attorneys for Defendant*
ZSCALER, INC.

## **ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

_/s/ Austin Manes_
Austin Manes

1 **[PROPOSED] ORDER**

2   Pursuant to stipulation, the schedule in this case is adjusted as set forth above.

3   **IT IS SO ORDERED.**

4

5   DATED: September 5, 2018            By: _____
6                                              Hon. Jon S. Tigar
                                               United States District Judge
7