| | |
|---|---|
| DURIE TANGRI LLP<br>SONAL N. MEHTA (SBN 222086)<br>smehta@durietangri.com<br>JOSEPH C. GRATZ (SBN 240676)<br>jgratz@durietangri.com<br>ANDREW L. PERITO (SBN 269995)<br>aperito@durietangri.com<br>JOSHUA D. FURMAN (SBN 312641)<br>jfurman@durietangri.com<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300<br><br>Attorneys for Defendant<br>ZSCALER, INC. | PAUL ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (State Bar No. 284065)<br>amanes@kramerlevin.com<br>KRAMER LEVIN NAFTALIS &<br>FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>Attorneys for Plaintiff<br>FINJAN, INC. |


DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
ANDREW L. PERITO (SBN 269995)
aperito@durietangri.com
JOSHUA D. FURMAN (SBN 312641)
jfurman@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant
ZSCALER, INC.

PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
AUSTIN MANES (State Bar No. 284065)
amanes@kramerlevin.com
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Attorneys for Plaintiff
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>ZSCALER, INC.,<br><br>            Defendant. | Case No. 3:17-cv-06946-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CLAIM CONSTRUCTION DEADLINES**<br><br>Ctrm: 9, 19th Floor<br>Judge: Honorable Jon S. Tigar |

Pursuant to Civil L.R. 6-2, 7-12 and Patent L.R. 1-3, Defendant Zscaler, Inc. ("Zscaler") and Plaintiff Finjan, Inc. ("Finjan") (collectively, the "Parties") respectfully and jointly submit the following Stipulation and [Proposed] Order extend the claim construction deadlines set forth previously in Dkt. 74. Pursuant L.R. 6-2(a), this stipulated request is supported by the Declaration of Joshua D. Furman in Support of Stipulation and [Proposed] Order Extending Claim Construction Deadlines ("Furman Decl."). In support of the stipulated request, the parties state as follows:

1. Pursuant the Court's Scheduling Order at Dkt. 74, the deadlines for the claim construction are currently as set forth below:

| Event | Current Date |
|---|---|
| Joint Claim Construction Prehearing Statement | December 14, 2018 |
| Last day to exchange expert declarations regarding claim construction | December 21, 2018 |
| Close of claim construction discovery | January 11, 2019 |
| Finjan's opening claim construction brief | January 22, 2019 |
| Zscaler's responsive claim construction brief | February 12, 2019 |
| Finjan's reply claim construction brief | February 22, 2019 |
| Tutorial | March 12, 2019, 1:30 PM |
| Claim Construction Hearing | March 25, 2019, 1:30 PM |

2. Zscaler filed a Motion to Enforce Order (Dkt. 77) on November 15, 2018, moving to Court to enforce the Court's order in Dkt. 72 and compelling Finjan to provide amended infringement contentions. Finjan opposed this motion (Dkt. 80) on November 29, 2018. The Motion is noticed for a hearing on December 20, 2018.

3. The Joint Claim Construction Prehearing Statement filing deadline is scheduled for December 14, 6 days prior to the December 20 hearing date for the Motion to Enforce Order. Claim construction expert declarations are due December 21, one day after the hearing.

1

4. In order to conserve judicial and party resources, and considering the hearing on December 20, the parties agree to adjust the claim construction schedule in this case as follows:

| Event | Current Date (per Dkt. 74) | Modified [Proposed] Date |
|---|---|---|
| Joint Claim Construction Prehearing Statement | December 14, 2018 | December 21, 2019 |
| Last day to exchange expert declarations regarding claim construction | December 21, 2018 | January 4, 2019 |
| Close of claim construction discovery | January 11, 2019 | January 25, 2019 |
| Finjan's opening claim construction brief | January 22, 2019 | February 5, 2019 |
| Zscaler's responsive claim construction brief | February 12, 2019 | February 26, 2019 |
| Finjan's reply claim construction brief | February 22, 2019 | March 8, 2019 |
| Tutorial | March 12, 2019, 1:30 PM | *UNCHANGED* March 12, 2019, 1:30 PM |
| Claim Construction Hearing | March 25, 2019, 1:30 PM | *UNCHANGED* March 25, 2019, 1:30 PM |

5. Aside from those listed above, this stipulation will not change or alter the date of any other event or any other deadline already established by Court order.

6. This stipulation will not change or alter the date of the Claim Construction Tutorial or Hearing. The time interval between the Tutorial and the Hearing remain unchanged at 13 days.

7. While parties acknowledge that the number of days between the completion of briefing and the claim construction tutorial is reduced by 13 days, we are hopeful that the proposed schedule modification will not hinder the Court's opportunity to review the briefing in advance of the Hearing given that the 13-day period between the tutorial and the hearing is unchanged. The parties are of course

amenable to a corresponding continuance of the Tutorial and/or Hearing dates, as convenient for the Court.

8. The schedule in this case has been modified with respect to four events. On January 12, 2018 the parties stipulated to extend the time for Zscaler to respond to the Complaint until February 12, 2018, which was effective under Civil Local Rule 6-1(a) at Dkt. 14. The settlement conference date was also rescheduled from July 13, 2018 to September 11, 2018 at Dkt. 54, again to September 19, 2018 at Dkt. 67, and again to September 28, 2018 at Dkt. 70. The Court also granted the parties' stipulation to set the deadline for expert declarations in support of claim construction positions at Dkt. 69. The Court also granted the parties' stipulation to extend deadlines for claim construction in Dkt. 74 in view of the court's Order to produce more detailed infringement contentions in Dkt. 72.

For the foregoing reasons, the Parties respectfully request that the Court modify the claim construction deadlines as set forth above.

**IT IS SO STIPULATED.**

Dated: December 7, 2018                    DURIE TANGRI LLP

                                           By:  */s/ Joshua D. Furman*
                                                JOSHUA D. FURMAN

                                           Attorneys for Defendant
                                           ZSCALER, INC.


Dated: December 7, 2018                    KRAMER LEVIN NAFTALIS & FRANKEL LLP

                                           By:  */s/ Austin Manes*
                                                AUSTIN MANES

                                           Attorney for Plaintiff
                                           FINJAN, INC.

| | |
|---|---|
| 1 | **FILER'S ATTESTATION** |
| 2 | Pursuant to Civil L.R. 5-1(i)(3), regarding signatures, I, Joshua D. Furman, attest that concurrence |
| 3 | in the filing of this document has been obtained. |

<div style="text-align: right;">

*/s/ Joshua D. Furman*
JOSHUA D. FURMAN

</div>

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, THE SCHEDULE IN THIS CASE IS MODIFIED AS SET FORTH ABOVE AND AS FOLLOWS:

| Event | Date |
| --- | --- |
| Joint Claim Construction Prehearing Statement | December 21, 2019 |
| Last day to exchange expert declarations regarding claim construction | January 4, 2019 |
| Close of claim construction discovery | January 25, 2019 |
| Finjan's opening claim construction brief | February 5, 2019 |
| Zscaler's responsive claim construction brief | February 26, 2019 |
| Finjan's reply claim construction brief | March 8, 2019 |
| Tutorial | March 12, 2019, 1:30 PM |
| Claim Construction Hearing | March 25, 2019, 1:30 PM |

**IT IS SO ORDERED.**

Dated: December 11, 2018



HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE