| | |
|---|---|
| PAUL ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>AUSTIN MANES (State Bar No. 284065)<br>amanes@kramerlevin.com<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. | Sonal N. Mehta (State Bar No. 222086)<br>smehta@durietangri.com<br>Joseph C. Gratz (State Bar No. 240676)<br>jgratz@durietangri.com<br>Andrew L. Perito (State Bar No. 269995)<br>aperito@durietangri.com<br>Joshua D. Furman (State Bar No. 312641)<br>jfurman@durietangri.com<br>**DURIE TANGRI LLP**<br>217 Leidesdorff Street<br>San Francisco, CA 94111<br>Telephone: (415) 362-6666<br>Facsimile: (415) 236-6300<br><br>*Attorneys for Defendant*<br>ZSCALER, INC. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ZSCALER, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-6946-JST<br><br>**STIPULATION EXTENDING DEADLINES TO FILE JOINT CLAIM CONSTRUCTION STATEMENT AND EXCHANGE EXPERT DECLARATIONS** |

Pursuant to Civil Local Rules 6-1 and 7-12, Plaintiff Finjan, Inc. ("Finjan") and Defendant Zscaler, Inc. ("Zscaler") (collectively, the "Parties") submit this Stipulation Extending Deadlines to File the Joint Claim Construction Statement and Exchange Expert Declarations, in light of the January 2, 2019, hearing on the Court's Order to Show Cause (Dkt. 87).

WHEREAS, the Parties' Joint Claim Construction Statement is currently due on December 21, 2018 and the Parties must exchange expert declarations in support of claim construction on January 4, 2019;

WHEREAS, on December 11, 2018, the Court issued an Order to Show Cause why this case should not be stayed (Dkt. 87), to which responses are due on December 21, 2018 and on which a hearing is scheduled for January 2, 2019;

WHEREAS, although the parties disagree on whether this case should be stayed, in light of the January 2, 2019 hearing and the upcoming holidays, the parties agree that the deadlines to file the Joint Claim Construction Statement and exchange expert claim construction deadlines should be postponed briefly until after the January 2, 2019 hearing;

WHEREAS, this brief postponement will not affect any other dates currently set by the Court, including the remainder of the claim construction briefing schedule, the March 12, 2019 claim construction tutorial, or the March 25, 2019 claim construction hearing, all of which will remain as scheduled by the Court at Dkt. 85;

WHEREAS, the schedule in this case has previously been modified with respect to five events. On January 12, 2018 the parties stipulated to extend the time for Zscaler to respond to the Complaint until February 12, 2018, at Dkt. 14. The settlement conference date was also rescheduled from July 13, 2018 to September 11, 2018 at Dkt. 54, again to September 19, 2018 at Dkt. 67, and again to September 28, 2018 at Dkt. 70. The Court also granted the parties' stipulation to set the deadline for expert claim construction declarations at Dkt. 69, granted the parties' stipulation to extend deadlines for claim construction in Dkt. 74 in view of the court's Order to produce more detailed infringement contentions in Dkt. 72, and rescheduled the deadlines for claim construction briefing at Dkt. 85 in view of the pending Motion to Enforce at Dkt. 77.

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among counsel for Finjan and counsel for Zscaler that the deadline for the parties to file the Joint Claim Construction Statement shall be January 9, 2019, and the deadline for the parties to exchange expert declarations in support of their claim construction positions shall be January 22, 2019.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: December 20, 2018   By: */s/Austin Manes*
Paul Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Austin Manes (SBN 284065)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
amanes@kramerlevin.com

Attorneys for Plaintiff
FINJAN, INC.

Respectfully submitted,

DATED: December 20, 2018   By: */s/Joshua D. Furman*
Sonal N. Mehta (State Bar No. 222086)
Joseph C. Gratz (State Bar No. 240676)
Andrew L. Perito (State Bar No. 269995)
Joshua D. Furman (State Bar No. 312641)
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300
smehta@durietangri.com
jgratz@durietangri.com
aperito@durietangri.com
jfurman@durietangri.com

*Attorneys for Defendant*
ZSCALER, INC.

# ATTESTATION

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                        */s/ Austin Manes*
                                        Austin Manes

# [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for the parties to file the Joint Claim Construction Statement is January 9, 2019. The deadline for the parties to exchange expert declarations in support of their claim construction positions is January 22, 2019. All other deadlines set by the Court remain the same.

DATED: December 21, 2018

By: _____
Hon. Jon S. Tigar
United States District Judge