# EXHIBIT 1

| | |
|---|---|
| **From:** | Manes, Austin |
| **Sent:** | Friday, October 19, 2018 3:39 PM |
| **To:** | Sonal Mehta; Andrew Perito; JGlucoft@irell.com; Josh Furman |
| **Cc:** | Andre, Paul; Kobialka, Lisa; Hannah, James; Kastens, Kris |
| **Subject:** | Finjan v Zscaler - Email Production Requests |

Counsel:

Pursuant to the ESI Order (Dkt. 45), Finjan identifies the following email production requests and search terms:

Custodian: <u>Amit Sinha – CTO and EVP of Engineering and Cloud Operations</u>
Time frame: 2010 to present
Terms:
1. Finjan
2. sandbox*
3. behav*
4. drop*
5. database OR *db


Custodian: <u>Tim Warner – UK Enterprise and Public Sector Sales Director</u>
Time frame: 2008 to present
Terms:
1. Finjan
2. zero*day OR zeroday OR 0*day
3. malicious
4. obfuscat*
5. sandbox*

Please promptly produce all emails that contain these terms.

Thanks,
Austin



# Austin Manes
Associate

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
**T** 650.752.1718
amanes@kramerlevin.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received

this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.