# EXHIBIT A

DURIE TANGRI LLP
SONAL N. MEHTA (SBN 222086)
smehta@durietangri.com
JOSEPH C. GRATZ (SBN 240676)
jgratz@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
ANDREW L. PERITO (SBN 269995)
aperito@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for Defendant
ZSCALER, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZSCALER, INC., <br><br> Defendant. | Case No. 3:17-cv-06946-JST <br><br> **DEFENDANT ZSCALER, INC.'S FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF FINJAN, INC.** <br><br> Ctrm: 9, 19th Floor <br> Judge: Honorable Jon S. Tigar |

prescribed by Rule 26 of the Federal Rules of Civil Procedure.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 1:**

All prior settlement agreements, licenses, or other conveyances of rights to one or more of the Patents-in-Suit or Related Patents or Related Applications, alone or as part of a portfolio or broader set of patents.

**REQUEST FOR PRODUCTION NO. 2:**

All prior expert reports or declarations regarding claim construction or invalidity of the Patents-in-Suit or Related Patents, served by any party in any prior litigation or United States Patent Office proceeding regarding the Patents-in-Suit or Related Patents.

**REQUEST FOR PRODUCTION NO. 3:**

All prior expert reports or declarations regarding damages served by Finjan in any prior litigation regarding the Patents-in-Suit or Related Patents.

**REQUEST FOR PRODUCTION NO. 4:**

Transcripts of the depositions of any fact or expert witnesses affiliated with Finjan or providing testimony for Finjan in any litigation regarding the Patents-in-Suit or Related Patents.

Dated:  April 12, 2018                                      DURIE TANGRI LLP

                                                By:         */s/ Sonal N. Mehta*
                                                            SONAL N. MEHTA

                                                Attorney for Defendant
                                                ZSCALER, INC.